No. 488, Misc.   JOHNSON *v.* INDIANA.   Criminal Court of Lake County, Indiana.   Certiorari denied.

No. 494, Misc.   SIMMONS *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 496, Misc.   KALLAS *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 367, Misc.   DAVIS *v.* RAGEN, WARDEN.   The petition for writ of certiorari to the Circuit Court of Rock Island County, Illinois, and the motions for other relief are denied.

No. 326, Misc.   O'LOUGHLIN *v.* PARKER, DEPUTY COMMISSIONER, U. S. EMPLOYEES' COMPENSATION COMMISSION, 333 U. S. 869.   Rehearing denied.